
**Stein Adler**
**Dabah Zelkowitz** LLP

**Christopher Murray**
Direct Dial: 347.378.1898
cmurray@steinadlerlaw.com

February 19, 2020

**Via ECF and Fax:** (212) 805-6382
Hon. Victor Marrero, U.S.D.J.
United States District Court
500 Pearl Street
Suite 1610
New York, New York 10007

```
┌─────────────────────────────┐
│            . . . NY         │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____ 2/21/20    │
│ DATE FILED: _____   │
└─────────────────────────────┘
```

Re: *West Coast Business Capital, LLC v. Horizon Personnel Services, Inc., et al*, Docket No.:20-cv-00700 – Request Extension to Re-file Plaintiff's Amended Complaint

Dear Judge Marrero:

Our office represents the Plaintiff, West Coast Business Capital, LLC, in the above referenced action. We write to request a brief extension of time to re-file Plaintiff's Amended Complaint from February 18, 2020, when the Amended Complaint was filed, to February 21, 2020. The reason for the request is that the Amended Complaint, which was timely filed on February 18, 2020, was returned by the ECF clerk on February 19, 2020 due to a discrepancy between the party names in caption and the party names as recorded on ECF. The ECF clerk advises us that the Court's Order is required to permit Plaintiff to refile the Amended Complaint and rectify the discrepancy. This change should not otherwise alter the scheduling in this matter because it does not entail any substantive change to the Amended Complaint as filed on February 18, 2020.

Thank you kindly for the Court's attention to this matter. If the Court has any questions, comments, or concerns, please feel free to contact the undersigned.

Sincerely,
/s/ Christopher R. Murray
Christopher R. Murray, Esq.
Stein Adler Dabah Zelkowitz LLP
1633 Broadway, 46th Floor
New York, New York 10019
Tel: (212) 867-5620
E-Mail: cmurray@steinadlerlaw.com

**CC via ECF:**
*Counsel for all appearing parties*

SO ORDERED. Request GRANTED. The time for plaintiff to refile the Amended Complaint herein is extended to 2-21-20

2-20-20
DATE    VICTOR MARRERO, U.S.D.J.