```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
WEST COAST BUSINESS CAPITAL, LLC, :
                                  :
                Plaintiff,        :
                                  :    20 Civ. 700(VM)
         -against-                :       ORDER
                                  :
HORIZON PERSONNEL SERVICES, INC., :
et al,                            :
                                  :
                Defendants.       :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

On July 9 and 10, 2020, counterclaim defendants Yellowstone Capital LLC, Yitzhak Stern, West Coast Business Capital, LLC, and Yellowstone Capital West, LLC filed motions to dismiss the counterclaims filed by the counterclaim plaintiffs in this action. (See Dkt. Nos. 86-91.) Because none of the aforementioned motions to dismiss are in compliance with Section II of this Court's Individual Practices, the Clerk of Court is hereby ordered to reject the aforementioned filings (Dkt. Nos. 86-91) as defective.

**SO ORDERED:**

Dated:   New York, New York
         10 July 2020

_____
Victor Marrero
   U.S.D.J.