```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
WEST COAST BUSINESS CAPITAL, LLC,:
                                 :
              Plaintiff,         :
                                 :         20 Civ. 700(VM)
         -against-               :            ORDER
                                 :
HORIZON PERSONNEL SERVICES, INC.,:
et al,                           :
                                 :
              Defendants.        :
---------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

By letter dated July 10, 2020, counterclaim defendants West Coast Business Capital, LLC, Yellowstone Capital LLC, and Yitzhak Stern request that the Court accept their motions to dismiss the counterclaims filed by the counterclaim plaintiffs in this action, which motions the Court previously declined for failure to comply with its Individual Practices. (See Dkt. No. 94.) The parties are hereby directed to complete the pre-motion letter exchange required by the Court's Individual Practices, during which time further briefing on the proposed motions to dismiss shall be held in abeyance.

**SO ORDERED:**

Dated:   New York, New York
         13 July 2020

                                              _____
                                                   Victor Marrero
                                                      U.S.D.J.